UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Case No. 2:19-cr-00029-01 |
| ) | |
| EVERETT A. SIMPSON, ) | |
|    Defendant. ) | |

**ORDER**

On May 23, 2019, Defendant Everett A. Simpson moved to continue the date for filing pretrial motions. The deadline for filing pretrial motions is May 23, 2019. The defendant moves to extend the filing date by 60 days. The defendant has not requested a continuance previously. The government does not oppose this request.

The defense requests this extension because counsel has received over one thousand pages of discovery so far, and will need additional time to review these materials with Mr. Simpson. The government, moreover, has informed counsel that it expects to deliver more discovery shortly, and this additional discovery is also expected to be voluminous. Counsel will need the requested 60 days in order to review all of the materials and prepare pretrial motions.

The Court, having considered this application, finds that the failure to grant this continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Finally, the Court finds that the additional time granted will be, and is, excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A).   The time to be excluded as directed above shall commence on May 23, 2019, and shall continue through July 22, 2019

Dated at Burlington, Vermont this 12th day of June, 2019.

                                                  /s/ William K. Sessions III
                                                  Honorable William K. Sessions III
                                                  United States District Court Judge