1 of 5

United States Of America
District Court
Of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
5-13-2021
BY LAW
DEPUTY CLERK

United States Of America

v.

Everett A Simpson

Case 2:19-cr-00029-wks

Motion to Dismiss
Fed.R.Crim.P 12(b)(3)(B) And (b)(3)(A)

Defendant Everett Simpson Moves the Court to Dismiss the Indictment Pursuant to Rule 12(b) Of the Federal Rules Of Criminal Procedure

Grounds For Relief

This Motion Is Made On the Following Grounds

(1) Prosecutorial Misconduct

(2) Constitutional Grounds

(3) Lack Of Jurisdiction

(4) Multiplicity

2 of 5

(a) Defects In The Institution Of The Prosecution

The Prosecution Used Prejudicial Argument During The Grand Jury Presentation Of Case # 2:19-cr-00029-wks By Instructing The Grand Jury Of Legal Standards to be Applied When Determining Weather to Indict Mr. Simpson

These Instructions Were Legally Insufficient

(b) Omitted Constitional Requirement In the Indictment Rendering the Indictment "Void"

(c) Prosecution Used Conduct that Undoubtedly Fell Outside the Legal Sweep Of the Statute "Jurisdiction Defect"

(d) Prosecution Used Multiplicity Within the Indictment    Hargs V US 536 US 549

"In Federal Prosecutions No Person Shall be held to Answer for A Capital Or Otherwise Infamous Crime Unless On A Presentment Or Indictment Of A Grand Jury Alleging All Elements Of the Crime "Quoting" the US Const Amend (V)"

3 of 5

Elements Of the Crime Quoting try US C(1)
If tast to Element, Indictment Must Identify
It

(("In Addition to Stating Elements, Indictment     Hamling V
Must fairly Inform A Defendant Of the      US.
Charges Against, Which he Must Defend" 418 US 87

("It Is An Element Principle Of Criminal       USV
Pleading that the Definition Of An          Cruikshank
Offense, Whether It be At Common          92 US 542
Law, Or by Statute Includes Generic
terms, It Is Not Sufficient that the
Indictment Shall Charge the Offense, In
the Same Generic terms As In the
Definition but Must Stak the Species")

("It Must Descend to Particulars"

                                            2ed Cir
The Law Of the United States Court         USV Hagen
Second Circuit, Is that Dismissal Of       7i×tal
An Indictment Is Justified to Achieve      757
Either Of 2 Objectives                     USV field
                                           59atal
(1) Eliminate Prejudice to A Defendant Or   638

(2) Pursuant to Our Supervisory Power To Prevent

4of5

Prosecutorial Impairment Of the Grand Jury Independent Role

Multiplicity Of Counts Violated the Defendants Rights Under the 5th Amend

"The Test to be Applied to Determine Whether there Are two Offenses Or Only One Is Whether Each Statutory Provision Alleged Violated, Requires Proof Of An Additional fact Which the Other Does Not"    Blockburger Vs US 284US 299

"When Congress has the Will It has No Difficulty In Expressing - When It has the Will, that Is, Of Defining What It Desires to Make the Units Of Prosecution And More Particularly to Make Them In A Possi A Single Crime Unit When Congress Leaves to the Judiciary the task Of Imputing to Congress An Undefined Will the Ambiguity Shall be Resolved In favor Of Lenity"    Bev VUS 349US 81

5 of 5

## Background

Mr. Simpson Is Charged In A four-Count Indictment Alleging Two Counts Of Kidnapping In Violation Of 18 U.S.C. §1201(a)(1) And Two Counts Of Transportation Of Stolen Vehicle In Interstate Commerce In Violation Of 18 USC § 2312

Mr. Simpson first Appeared February 2019 On A Complaint filed On January 17th 2019 the Court Ordered Simpson Detained And he has Remained Detained Since that Date.

Mr. Simpson Moves the Court to Hold this Motion before the United States District Court for the District Of Vermont, Located At 11 Elmwood Avenue Burlington Vt 05401

As the Complete Facts Of the Law Will be Brought forth Or Dismiss Counts (1)(2)(3)(4) Of the Indictment

Werefore, Mr. Simpson Respectfully Moves for A Hearing On this Motion Merits