United States Of America
District Of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2021 MAY 18 PM 1:44
CLERK
BY /s/ AW
DEPUTY CLERK

United States Of America

Everett A Simpson

Case # 2:19-cr-00029-wks

## Motion to Dismiss Under Rule (48) - Rule (12)

Defendant Everett Simpson Moves the Court to Set A hearing On the grounds Of Matthew T Lasher And Paul J Van de Graaf the Governments Trial Counsel That Represent the District Court Of Vermont, In the Above Mentioned Case.

On grounds that they Violated the Dual Sovereignty Doctrine (Petite Policy) As they Knowingly And Vigorously Brought federal Prosecution Without being Authorized As Required Under the Act, In Spite Of State Prosecution that Was Already Brought Against Simpson As Well to Contest In Court the Validity

Of the Arrest Warrens, As Well DNA Warrant, On the Grounds Asserted here, In this Motion.

Under Rule (3) And (4) Of the Federal Rules Of Criminal Procedure, Which Is Read In Light Of the 4th Amendment

Therefore, In Violation Of Rule (3) And (4) Of the Fed Rules Of Crim P,

As Probable Cause Was Not Shown by the Complaint As A Result Of this 4th Amendment Violation, the Arrest Warrant Issued In this Matter Was Issued Illegally

## Arguement

(a) The Complaint On Which the Warrant Was Issued Was Inadequate, the Affiant FBI Agent Jenny Emmons, Relied Exclusively Upon Hearsy Information As her Own, from An Affidavite that Was Known to Contain Fabracated Information.

thereby having No first hand Knolege As Alleged In Doc 1-1 Page (1)

Supreme Court Giordenello VUS 357 US 480

(b) The Complaint Was In Any Event Defective In that It Recites NoN Of the Required Facts, Above the Basic Elements, that Make Up the Alleged Charge, With the Omitted facts that Are Essential, As Well the Fabracted Information, Used, the Complaint On Its face Was And Is Defective,

(c) This Inadequate Complaint Was Used to bring the Indictment, Knowing the facts Contained, fabracted, Information, As Well No first hand Knowlada

(d) This Complaint Was Used In Support OF the Seizing OF (DNA)

(E) this Was Done Knowingly, As the Department Of Justice Was Awaring the State Of Vermont Stiped (NH) Subject Matter Over the Case And With the likelyhood And fear that State Conviction Would Not be likely, they Were forced to build A fabracated Kidnapping Case, In Violation

Supreme Court

Petite V US And Rinaldi V US Of Mr. Simpson Substantail Rights And Clear Violation Of the Petite Policy

361 US 529
434 US 22

The Elements Of the Crime Charged Namely the federal Kidnapping Act Of 2 People In Violation OF 18 USC § 1201(a)(1)

When the Complaint In this Case Is Challeged With Clear Contradictions, In Mind, It Is And Will be Clear that It Does Not Pass the Required Muster Of the 4th Amendment, Nor Does It Determine Under Rule (4) that Probable Cause Existed,

This Insubstantiquity Is Illustrated In the Facts that, Lead John Cursary to Rule Probable Cause, Was found, As he Was Misled, And As Well Used Sool foilly Of the FBI

Wecessary Mr Simpson Moves the Court for A hearing On this Motion Merits, As Well Dismiss the Indictment Under Rule (48)

Respectfully Everett Simpson